NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

ROBERT J. VESCI,                              )
                                             )
      Petitioner,                         )
                                             )
v.                                           )      Case No. 2D18-1074
                                             )
DITECH FINANCIAL, LLC, f/k/a                 )
GREEN TREE SERVICING, LLC,                   )
                                             )
      Respondent.                         )
_____)

Opinion filed August 31, 2018.

Petition for Writ of Certiorari to the
Circuit Court for Collier County; James
Shenko, Judge.

John F. Hooley of The Law Offices of
John F. Hooley, P.A., Naples, for
Petitioner.

Jason Joseph of Tromberg Law Group,
P.A., Boca Raton, for Respondent.

PER CURIAM.


      Denied.


CASANUEVA, BLACK, and BADALAMENTI, JJ., Concur.